IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) Vs. ) ) KENNETH A. JACKSON, et al., ) ) Defendants, ) | Civil Action No. 91-416 **FILED** FEB 1 4 2013 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA |

ORDER OF COURT

AND NOW, this 14th day of Feb 2013, pursuant to General Order at Misc #13-MC-44 dated February 1, 2013 (Exhibit A). IT IS ORDERED that the funds invested at PNC Bank in the above captioned matter are to be transferred to the Court Registry Investment System ("CRIS), an interest bearing account, administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045.

The above captioned parties have 21 days from the date of this order to file objections with the Court.

_____
United States District Judge