# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES SECURITIES AND            )
EXCHANGE COMMISSION,                     )
                                         )
                    Plaintiff,           )
                                         )                Civil Action No. 91-416
          Vs.                            )
                                         )                **FILED**
KENNETH A. JACKSON, et al.,              )
                                         )                FEB 1 4 2013
                    Defendants,          )

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## ORDER OF COURT

AND NOW, this _14th_ day of _Feb_ 20_13_, pursuant to General Order at Misc #13-MC-44 dated February 1, 2013 (Exhibit A). IT IS ORDERED that the funds invested at PNC Bank in the above captioned matter are to be transferred to the Court Registry Investment System ("CRIS), an interest bearing account, administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045.

The above captioned parties have 21 days from the date of this order to file objections with the Court.

_____
United States District Judge